**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-cv-24063-GAYLES/TORRES**

KAWS, INC.,

      *Plaintiff,*

  v.

PRINITIFY, INC., JANIS BERDIGANS, and
JOHN DOES 1–10

      *Defendants.*

**JOINT MOTION FOR ENTRY OF CONFIDENTIALITY**
**STIPULATION AND PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff KAWS, Inc. and Defendants Printify, Inc. and Janis Berdigans respectfully move this Court for entry of the Proposed Confidentiality Stipulation and Protective Order, which is attached as an exhibit.

Dated: February 9, 2024          Respectfully submitted,

By: */s/ James Lee*
James Lee (FL Bar No. 67558)
jwlee@bsfllp.com
Laselve Harrison (FL Bar No. 112537)
lharrison@bsfllp.com
Rossana Baeza (FL Bar No. 1007668)
rbaeza@bsfllp.com
**Boies Schiller Flexner LLP**
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 357-8436

Katie Kavanaugh
kkavanaugh@bsfllp.com
John Kucera*
jkucera@bsfllp.com
Genesis Shin*
gshin@bsfllp.com
**Boies Schiller Flexner LLP**
2029 Century Park East, 1520N
Los Angeles, CA 90067
Telephone: (213) 629-9040

By: */s/ Dustin Taylor*
Dustin Taylor
**Husch Blackwell LLP**
1801 Wewatta St., Suite 1000
Denver, CO 80202
Telephone: (303) 749-7200

Rudolph Tehscher, Jr.
**Husch Blackwell LLP**
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Telephone: (314) 480-1500

Kevin William Turbert
**Husch Blackwell LLP**
1801 Pennsylvania Avenue, NW, Suite 1000
Washington D.C. 10174
Telephone: (202) 378-2403

Megan K. Bannigan
Kathryn C. Saba
Grace McLaughlin

Beko O. Reblitz-Richardson*
brichardson@bsfllp.com
**Boies Schiller Flexner LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800

*Application to appear pro hac vice
forthcoming

*Attorneys for Plaintiff, KAWS, Inc.*

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, New York, 10001
Telephone: (212) 909-6000

Christopher S. Ford
**Debevoise & Plimpton LLP**
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700

*Attorneys for Defendants Printify, Inc.
and Janis Berdigans*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of February 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ James W. Lee*
JAMES W. LEE